IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**STATE OF FLORIDA,**

    **Plaintiff,**

v.                                                     Case No. 5:25-cv-285-AW-MJF

**HENRY EUGENE ARMSTRONG, JR.,**

    **Defendant.**

_____/

## **REMAND ORDER**

Defendant Henry Eugene Armstrong, Jr., is facing criminal charges in state court. He purported to remove his criminal case to this court. ECF No. 1. The magistrate judge issued a report and recommendation, concluding the court should remand the case to state court. Having considered the report and recommendation (ECF No. 5), and having considered de novo the issues raised in Armstrong's objections (ECF No. 7), I now adopt the report and recommendation and incorporate it into this order. The removal was improper, and remand is warranted.

The clerk will take appropriate steps to remand this case to state court. All pending motions are denied as moot. The clerk will close the file.

SO ORDERED on October 31, 2025.

                                                       s/ *Allen Winsor*
                                                       Chief United States District Judge